AO 108 (Rev. 06/09) Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia



In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
ALL BITCOIN (BTC) STORED IN THE ACCOUNT ) Case No. Under Seal 3:23-sw-65
ASSOCIATED WITH USER ID 69050519 AND )
E-MAIL ADDRESS rrg.btcxrp@gmail.com )
)

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the   Cayman Islands   District of _____ is subject to forfeiture to the United States of America under     18     U.S.C. § 981(a)(1)(A)   *(describe the property)*:

ALL BITCOIN (BTC) VIRTUAL CURRENCY HOLDINGS STORED IN THE ACCOUNT ASSOCIATED WITH USER ID 69050519 AND E-MAIL ADDRESS rrg.btcxrp@gmail.com AT THE BINANCE CRYPTOCURRENCY EXCHANGE

The application is based on these facts:
Please see the attached affidavit.

☑ Continued on the attached sheet.

*Applicant's signature*

Michael J. McGillicuddy, FBI Special Agent
*Printed name and title*

Reviewed by AUSA/SAUSA:

Janet Jin Ah Lee

Sworn to before me and signed in my presence.

Date:   04/19/2023

*Judge's signature*

City and state:  Richmond, Virginia

Hon. Mark R. Colombell, U.S. Magistrate Judge
*Printed name and title*